

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2015

No. 04-14-00908-CR

Kit **SHUM**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR1592
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Appellant's brief is due June 1, 2015. Appellant has filed an unopposed motion for extension of time, asking for an additional ninety days in which to file the brief. After reviewing the motion, we **GRANT** the extension and **ORDER** appellant to file the brief **on or before August 31, 2015**, which is ninety days from the original due date. We advise appellant, however, that **NO FURTHER EXTENSIONS OF TIME TO FILE THE BRIEF WILL BE GRANTED ABSENT WRITTEN PROOF OF EXTRAORDINARY CIRCUMSTANCES**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court